**No. 58778.**—William Shaland *v.* United States, protest 227561–K (New York).

Opinion by LAWRENCE, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.